# NEW YORK SUPREME COURT

# SPECIAL TERM REPORTS.

## SEPTEMBER TERM, 1845.

### MR. JUSTICE BEARDSLEY, PRESIDING.

In the matter of the application of PETER B. GLENN AND MOSES CLE-MENTS.

A summons to dispossess a tenant under the statute, should be served on the original lessees of the premises, as well as the under tenant in possession; service upon the under tenant in possession *only*, is not sufficient where it appears the summons was issued directed to the original lessees.

*This was an ex parte motion, for a certiorari to issue to Joseph Hoxie, Esq., one of the assistant justices of the city of New York, to remove into this court proceedings had before him in the matter of James Horn.*—The applicants, Glenn and Clements, hired premises in New York from James Horn, and subsequently underlet them to one Mrs. Tilford; upon the non payment of rent, Horn applied to justice Hoxie under the statute for a dispossessory summons. The return showed that the summons which was directed to Glenn and Clements was returned *served upon Mrs. Tilford* only, and upon the return judgment was given by default against Glenn and Clements, who had not been served with summons.

ROBERT F. WINSLOW, *Counsel.*      H. HUNT, *Atty.*

The applicants claimed that the service was not according to the statute—that they had no notice of the proceedings.

BEARDSLEY, Justice.—Allowed a certiorari on that ground.